| | |
|---|---|
| 1 | DANIEL M. PETROCELLI (S.B. # 97802) |
|   | dpetrocelli@omm.com |
| 2 | O'MELVENY & MYERS LLP |
|   | 1999 Avenue of the Stars, 7th Floor |
| 3 | Los Angeles, CA 90067 |
|   | Telephone: (310) 553-6700 |
| 4 | Facsimile: (310) 246-6779 |
| 5 | MARC F. FEINSTEIN (S.B. # 158901) |
|   | mfeinstein@omm.com |
| 6 | O'MELVENY & MYERS LLP |
|   | 400 South Hope Street, 18th Floor |
| 7 | Los Angeles, CA 90071 |
|   | Telephone: (213) 430-6000 |
| 8 | Facsimile: (213) 430-6407 |
| 9 | Attorneys for Plaintiff |
|   | WARREN N. LIEBERFARB & |
| 10 | ASSOCIATES, LLC |

**JS-6**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

WARREN N. LIEBERFARB & ASSOCIATES, LLC, a California limited liability company,

    Plaintiff and Counter-Defendant,

  v.

WARREN COMMUNICATIONS NEWS, INC., a Delaware corporation,

    Defendant and Counter-Claimant

Case No. CV 09-2909-VBF (CWx)

**ORDER GRANTING STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE**

Ctrm: Hon. Valerie Baker Fairbank

[PROPOSED] ORDER GRANTING STIP. OF DISMISSAL WITH PREJUDICE

# ORDER

On November 6, 2009, Plaintiff and Counter-Defendant Warren N. Lieberfarb and Associates, LLC ("WNLA") and Defendant and Counter-Claimant Warren Communications News, Inc. ("Warren Communications" ) entered into a Settlement Agreement and Mutual Release (the "Settlement Agreement") in the above-captioned matter.

On November 17, 2009, the parties filed a Stipulation Regarding Dismissal of Action With Prejudice, requesting that the Court dismiss with prejudice all claims and counterclaims asserted by WNLA and Warren Communications in this action, without any attorneys' fees, costs or expenses awarded to either party. The parties further stipulated that this Court shall have continuing jurisdiction over this matter to the extent of enforcing the terms of said Settlement Agreement.

IT IS HEREBY ORDERED that, pursuant to the agreement of the parties, the parties' Stipulation Regarding Dismissal of Action With Prejudice is GRANTED.

All claims and counterclaims asserted by WNLA and Warren Communications in this matter are dismissed with prejudice. The Court shall retain jurisdiction over this matter to enforce the Settlement Agreement. The parties shall each bear their own costs and fees in this action.

IT IS SO ORDERED.

DATED: November 19, 2009

*Valerie Baker Fairbank*
HON. VALERIE BAKER FAIRBANK
U.S. District Judge

- 1 -    [PROPOSED] ORDER GRANTING STIP. OF DISMISSAL WITH PREJUDICE